IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:19CR00979-RBH(1) |
| | ) | |
| | ) | **MOTION FOR DISCLOSURE OF** |
| | ) | **INTENT TO USE EVIDENCE OF** |
| -vs- | ) | **OTHER CRIMES, WRONGS, OR ACTS** |
| | ) | **UNDER FEDERAL RULES OF** |
| | ) | **EVIDENCE OF 404 (B)** |
| **MICHAEL ANTWANE BROWN** | ) | |

The defendant, **MICHAEL ANTWANE BROWN,** through his or her undersigned attorney, does hereby move the Court, pursuant to Federal Rules of Evidence, Rule 404(b), for an Order requiring the Government to disclose its intent to use any evidence of other crimes, wrongs, or acts as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, absence of mistake, accident, or any other purpose. In this regard, the Government should specify the particular crime, wrong, or act to be used and the particular theory upon which it is admissible.

Respectfully submitted,

/s/ WILLIAM F. NETTLES, IV,
Assistant Federal Public Defender
c/o McMillan Federal Building
401 W. Evans Street, Suite 105
Florence, South Carolina 29501
Telephone: (843) 662-1510
**Attorney ID #: 5935**

Florence, South Carolina

December 11, 2020