IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 4:19-cr-00979-RBH |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL ANTWANE BROWN | ) | |

NOTICE TO COURT
Fed.R.Crim. P. 32.2(c)(2)
AS TO MICHAEL ANTWANE BROWN

NOW COMES the United States and represents as follows:

WHEREAS, on May 18, 2021, this Court entered a Preliminary Order of Forfeiture as to Michael Brown, ordering the Defendant to forfeit his interest in the following property:

Firearm:

1. FMK, model AR-1 Extreme, .223 caliber rifle
   Serial Number: Obliterated
   Asset ID: 20-ATF-031811

Ammunition:

1. 22 rounds of assorted ammunition
   CAL.: .223
   Asset ID: 20-ATF-031812

2. 11 rounds of assorted ammunition
   CAL.: 9mm
   Asset ID: 20-ATF-031813

WHEREAS, the United States caused to be published on an official government internet website ("www.forfeiture.gov"), of general circulation in the State of South Carolina and the United States for thirty (30) consecutive days, beginning May 19, 2021

1

and ending June 17, 2021, as required by Supplemental Rule G(4)(a)(iv)(c), Fed.R.Civ.P., notice of this forfeiture and the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property; and

WHEREAS, no timely claim has been filed as to the firearm: FMK, model AR-1 Extreme, .223 caliber rifle, Serial Number: Obliterated, Asset ID: 20-ATF-031811; ammunition: 1. 22 rounds of assorted ammunition, CAL.: .223, Asset ID: 20-ATF-031812; 2. 11 rounds of assorted ammunition, CAL.: 9mm, Asset ID: 20-ATF-031813, and the time to file such claims has passed; and

WHEREAS, the Preliminary Order of Forfeiture provides that it will become the Final Order of Forfeiture in the absence of any claims by third parties;

It appears that all right, title, and interest in the firearm: FMK, model AR-1 Extreme, .223 caliber rifle, Serial Number: Obliterated, Asset ID: 20-ATF-031811; ammunition: 1. 22 rounds of assorted ammunition, CAL.: .223, Asset ID: 20-ATF-031812; 2. 11 rounds of assorted ammunition, CAL.: 9mm, Asset ID: 20-ATF-031813, has been forfeited, as of July 19, 2021, to the United States of America in accordance with the Preliminary Order of Forfeiture and may be disposed of according to law.

[SIGNATURE PAGE TO FOLLOW]

Respectfully submitted,

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By: *s/Carrie Fisher Sherard*
Carrie Fisher Sherard #10134
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
(864) 282-2100

July 19, 2021